# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

AIMEN HALIM, individually and on behalf of all others similarly situated,

                    Plaintiff,

      -against-                                        22 **CIVIL** 10979 (KPF)

                                                                **<u>JUDGMENT</u>**

KIND LLC,

                    Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 20, 2023, Defendants' motion to dismiss is GRANTED: Accordingly, the case is closed.

**Dated:**  New York, New York

      December 20, 2023

                                                                **RUBY J. KRAJICK**
                                                                  Clerk of Court

                                          **BY:**
                                                                      **Deputy Clerk**